UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **17-3406**

Lopez-Bonilla v. Attorney General
(A208-380-773 & A208-380-774)

**ORDER**

At the direction of the Court the opinion and judgment entered on March 20, 2019 are hereby VACATED and an amended opinion and judgment will be issued.

For the Court,

s/ Patricia S. Dodszuweit

Clerk

Date: March 21, 2019
PDB/cc: All Counsel of Record